# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **BONNIE G DUHON** | **CIVIL ACTION NO. 6:22-cv-03220** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AMERICAN BANKERS INSURANCE CO OF FLORIDA** | **MAGISTRATE JUDGE KATHLEEN KAY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 19], after thoroughly reviewing the record, noting the lack of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and abide by the orders of this Court.

**IT IS FURTHER ORDERED** that this case may be reinstated within thirty days (30) of this Judgment for good cause shown, per W.D. La. Loc. Civ. R. 41.3, with any such showing to be made in writing and filed into the record of this matter.

**MONROE, LOUISIANA**, this the 19th day of December 2023.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**